# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00586-CR

**Pao Vang Thao, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 53434, HONORABLE RICK MORRIS, JUDGE PRESIDING

Pao Vang Thao seeks to appeal from a conviction for aggravated assault. The clerk=s record contains a written waiver of appeal signed by appellant and his attorney. This document, which reflects a knowing and voluntary waiver of the right to appeal, was signed on the day sentence was imposed in open court. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). There is nothing in the record to indicate that appellant sought or obtained the trial court=s permission to pursue this appeal.

The appeal is dismissed.



Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   October 10, 2002

Do Not Publish